WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED 10 JAN 11 15:59 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**NATALIE RASK,**                                                                 CV # 08-1488-MA

   Plaintiff,

vs.                                                                                          ORDER

**COMMISSIONER of Social Security,**

   Defendant.

_____

Attorney fees in the amount of $4,250.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this  11  day of  January , 2010.

/s/ Malcolm F. Marsh
United States District Judge

Submitted on January 5, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1